IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELBERT HICKS,

    Plaintiff,

v.                                        CASE NO. 4:04-cv-00440-SPM-AK

JOHN E POTTER,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 23, Motion to Stay Mediation, by John E. Potter. For good cause shown, the Court finds the motion is well taken, and it is **GRANTED**. If the motion for summary judgment is denied, then the Court will reset the mediation deadline at that time.

**DONE AND ORDERED** this *6th* day of January, 2006.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**