IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELBERT HICKS,

    Plaintiff,

vs.                                             CASE NO. 4:04cv440-SPM/AK

JOHN E. POTTER,

    Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated June 1, 2006 (doc. 30). The parties have been served with copies and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 30) is ADOPTED and incorporated by reference in this order.

    2.    Defendant's motion for summary judgment (doc. 21) is denied.

    3.    This case is remanded to the magistrate judge for further

proceedings.

DONE AND ORDERED this 7th day of July, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge